

# Fourth Court of Appeals
## San Antonio, Texas

January 23, 2020

No. 04-19-00764-CV

Nancy **ALANIS,**
Appellant

v.

**WELLS FARGO BANK NATIONAL ASSOCIATION** as Trustee for the Pooling and
Servicing Agreement Dated as of October 1, 2006 Securitized Asset Backed Receivables LLC
Trust 2006-NC3 Mortgages Pass Through Certificates, Series 2006 NC3, Mackie Wolf Zientz &
Mann, PC, and Ocwen Loan Servicing, LLC.,
Appellees

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-03042
Honorable John D. Gabriel, Jr., Judge Presiding

## O R D E R

On December 3, 2019, appellant filed a "Motion Requesting Assistance to Obtain
Reporter's Record." Since that date, the court reporter filed the reporter's record, and appellant
filed an amended brief containing citations to the reporter's record. Accordingly, appellant's
motion is DENIED AS MOOT.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 23rd day of January, 2020.

_Michael A. Cruz_
MICHAEL A. CRUZ,
Clerk of Court